796 A.2d 889

ADRIENNE O'TOOLE, ET AL., PLAINTIFFS, v. PAUL J. CARR, DEFENDANT–MOVANT, AND MURRAY AND CARR, DEFENDANT–RESPONDENT.

April 3, 2002.

## ORDER

Leave to appeal is granted.

796 A.2d 890

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. ANTHONY QUIRINDONGO, DEFENDANT–APPELLANT.

April 3, 2002.

## ORDER

This parties having stipulated to a dismissal of this matter and good cause appearing, it is ORDERED that the appeal is dismissed.